**Order entered July 8, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01615-CV

**TRANSITIONAL ENTITY LP, DURACARE LLC, AND CHARLES SYLVESTER,**
**Appellants**

**V.**

**ELDER CARE LP, AND BEVERLY A. DAWSON, Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-11642**

## ORDER

We **GRANT** appellees' July 7, 2015 unopposed motion for extension of time to file brief

and **ORDER** the brief be filed no later than August 13, 2015.

/s/    CRAIG STODDART
        JUSTICE